# EXHIBIT D



Master Board of Directors
The Enclave at Galewood Crossings

Tuesday, September 21, 2010

In regards to:  FIRST AMENDMENT TO THE DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS, EASEMENTS AND RIGHTS FOR THE ENCLAVE AT GALEWOOD CROSSINGS.

To All Resident Unit Owners:

NOTICE IS HEREBY GIVEN, in accordance with the Declaration of The Enclave at Galewood Crossings Master Association, Here by adopted and amended the Declaration of Covenants, Conditions, Restrictions, Easements and Rights for The Enclave at Galewood Crossings, pursuant to Article 10, Section 10.3.

The attached document has been recorded on September 20, 2010 as document number 1026310048 in the Office of the Recorder of Deeds of Cook County, Illinois for the purpose of amending the Declaration of Covenants, Conditions, Restrictions, Easements and Rights (Original recorded on December 10, 2007 as document number 0734434123 in the Office of the Recorder of Deeds of Cook County, Illinois) for the Enclave at Galewood Crossings (hereafter the "Declaration") for the Enclave at Galewood Crossings Master Association (hereafter the "Association") and covers the property (hereafter the "Property") legally described in Exhibit A, which is attached hereto and made a part hereof.

WHEREAS, by the Declaration recorded in the Office of the Recorder of Deeds of Cook County, Illinois, the Property has been subjected to the easements, restrictions and covenants contained therein; and

WHEREAS, the Board of Directors and the Residential Unit Owners desire to amend the Declaration in order to provide for the orderly operation of the Property; and

WHEREAS, the following amendment has been approved by those Members entitled to cast seventy-five percent (75%) of the total votes, which approvals are attached hereto and made a part hereof; and

WHEREAS, an officer of the Association has attested to said Residential Unit Owner approval by execution of Exhibit B attached hereto and made a part hereof; and

NOW, THEREFORE, the Article 9, Section 9.14 of the Declaration is hereby amended (see attached).

Enclosed with this notice is the recorded amendment.

Board President
The Board of Directors
The Enclave at Galewood Crossings – Master

Doc#: 1026310048 Fee: $110.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 09/20/2010 01:00 PM Pg: 1 of 38

# FIRST AMENDMENT TO THE DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS, EASEMENTS AND RIGHTS FOR THE ENCLAVE AT GALEWOOD CROSSINGS

For Use By Recorder's Office Only

This document is recorded for the purpose of amending the Declaration of Covenants, Conditions, Restrictions, Easements and Rights for the Enclave at Galewood Crossings (hereafter the "Declaration") for the Enclave at Galewood Crossings Master Association (hereafter the "Association"), which Declaration was recorded on December 10, 2007 as Document Number 0734434123 in the Office of the Recorder of Deeds of Cook County, Illinois, and covers the property (hereafter the "Property") legally described in Exhibit A, which is attached hereto and made a part hereof.

This Amendment is adopted pursuant to Article 10, Section 10.3. Said Section provides that the covenants, conditions, easements, rights and restrictions of this Declaration may be amended by an instrument signed by those Members entitled to cast seventy-five percent (75%) of the total votes.

## RECITALS

WHEREAS, by the Declaration recorded in the Office of the Recorder of Deeds of Cook County, Illinois, the Property has been subjected to the easements, restrictions and covenants contained therein; and

WHEREAS, the Board of Directors and the Residential Unit Owners desire to amend the Declaration in order to provide for the orderly operation of the Property; and

WHEREAS, the following amendment has been approved by those Members entitled to cast seventy-five percent (75%) of the total votes, which approvals are attached hereto and made a part hereof; and

This document prepared by and after recording to be returned to:
ROBERT P. NESBIT
Kovitz Shifrin Nesbit
750 Lake Cook Road, Suite 350
Buffalo Grove, IL  60089 — (847) 537-0500

936259_1.DOC

Page 1

WHEREAS, an officer of the Association has attested to said Residential Unit Owner approval by execution of Exhibit B attached hereto and made a part hereof; and

NOW, THEREFORE, the Article 9, Section 9.14 of the Declaration is hereby amended as follows (additions in text are indicated by double underline and deletions in text are indicated by strike-out):

9.14    Except as otherwise provided herein, no Residential Units may be leased.   All Residential Unit Owners who own a Residential Unit as of the effective date of this Amendment Each  Residential  Unit  Owner  shall  have  the  right  to  lease  such  Residential  Unit  Owner's Residential Unit. No Residential Unit Owner shall lease or rent his or her Residential Unit for a term of less than one (1) year. Every lease of a Residential Unit shall be in writing and shall be made expressly subject to the requirements, rights, covenants, conditions, restrictions and easements of this Declaration and of the By-Laws. Until such time as title to any Residential Unit is conveyed to a bona fide purchaser, Declarant reserves the right to lease such Residential Unit upon such terms and conditions as Declarant may, in its sole discretion, approve.

(a)    A copy of all current leases must be on file with the Board no later than fourteen (14) days after the effective date of this Amendment.  All tenants shall acknowledge in writing that they have received copies of the Rules and Regulations of the Association and a copy of the written receipt shall be submitted to the Board.  All tenants shall be bound by and subject to all of the obligations under this Declaration, the By-Laws, and Rules and Regulations, and the failure of the lessee to comply therewith shall constitute a default under the lease which shall be enforceable by the Board or the Association, and the lease shall be deemed to expressly so provide.  The Residential Unit Owner making such lease shall not be relieved thereby from any of said obligations.

(b)    To meet special situations and to avoid undue hardship or practical difficulties, the Board may, but is not required to, grant permission to an Residential Unit Owner to lease his Residential Unit to a specified lessee for a period of not more than one (1) year on such reasonable terms as the Board may establish.  Such permission may be granted by the Board only upon written application by the Residential Unit Owner to the Board giving the reasons the Residential Unit Owner wishes to be considered for a hardship.  The Board shall respond to each application in writing within thirty (30) days of the submission thereof.  The Board has sole and complete discretion to approve or disapprove any Residential Unit Owner's application for a lease.  The Board's decision shall be final and binding.  Any lease approved by the Board shall be in writing and subject to the Declaration, By-Laws and rules and regulations governing the Association.  Upon expiration of any lease approved under this paragraph, the Residential Unit Owner may apply for an extension of such lease, pursuant to the terms of this paragraph.

(c)    Occupancy of a Residential Unit by a blood relative(s) of a Residential Unit Owner without the Residential Unit Owner being a resident shall not constitute a lease as defined under this Amendment, even if a written memorandum or agreement has been executed between the parties.  A blood relative is defined as a parent, child (natural or adopted), grandparent, grandchild, sibling, or spouse of a Residential Unit Owner.

(d)    Any Residential Unit being leased out in violation of this Amendment or any Residential Unit Owner found to be in violation of the Rules and Regulations adopted by the Board may be subject to a flat or daily fine to be determined by the Board upon notice and an opportunity to be heard.

(e)    In addition to the authority to levy fines against the Residential Unit Owner for violation of this Amendment or any other provision of the Declaration, By-Laws or Rules and Regulations, the Board shall have all rights and remedies, including but not limited to the right to maintain an action for possession against the Residential Unit Owner and/or their tenant, under 735 ILCS 5/9-111, an action for injunctive and other equitable relief, or an action at law for damages.

(f)    Any action brought on behalf of the Association and/or the Board to enforce this Amendment shall subject the Residential Unit Owner to the payment of all costs and attorneys' fees at the time they are incurred by the Association.

(g)    All unpaid charges as a result of the foregoing shall be deemed to be a lien against the Residential Unit and collectible as any other unpaid regular or special assessment, including late fees and interest on the unpaid balance.

(h)    The Board of the Association shall have the right to lease any Association owned Residential Units, or any Residential Unit which the Association has possession of pursuant to any court order, and said Residential Units shall not be subject to this Amendment.

(i)    Contract Sales.    Although the Board discourages Residential Unit Owner financing of sales via contract/installment sales, in times of tight mortgage money it is sometimes advisable since it is the only viable alternative for some potential buyers in order to accommodate a Seller and a willing Buyer who is unable to obtain conventional financing.

The Board is charged with the responsibility of administering and maintaining the property and the Board must receive adequate assurances from any Residential Unit Owner who is selling their Residential Unit via a contract/installment sale that such sale is in fact a good-faith transaction and not being used as a device to cover an improper or unauthorized lease in violation of this Amendment.

In order for the Board to approve a contract sale, the following criteria must be complied with to the Board's satisfaction prior to occupancy:

(i)    A certified copy or duplicate copy of the ARTICLES OF AGREEMENT must be recorded in the Office of the Recorder of Deeds in the County in which the property is located. A recorded copy and Recorder's receipt must be submitted to the Board (if a short form is recorded, a recorded copy of the short form plus a certified copy or duplicate original of the full text must be provided).

(ii)    Seller must provide Buyer with title insurance from a national insured title company for Articles of Agreement.

(iii)    Seller must provide a conventional form closing statement signed by Buyer and Seller and/or their attorneys.

(iv)    Seller must provide Buyer with an amortization schedule showing the table of payments.

(v)    Seller must verify that they have executed a Deed to Buyer and that the original is being held in escrow, with a true and accurate copy provided to the Board at the time of closing.

(vi)    A statement shall be submitted indicating whether Seller or Buyer retains the right to vote, pay real estate taxes, assessments and insurance.

(vii)    In the event it is proven that this transaction is a sham intended to avoid any policies restricting or limiting leasing, or for any other reason, all occupants shall be obligated to vacate the premises upon five (5) days' written notice. In the event legal action is necessary to terminate occupants' and Residential Unit Owners' right of possession, the Residential Unit Owner shall be liable for all of the Association's attorneys' fees and costs.

(viii)    In addition to the foregoing, the Board reserves the right to levy a lump-sum or daily fine for the violation of this policy including, but not limited to, a daily fine relating back to the date of first notification to the Board of said transaction. Fines shall not exceed $500 per day or $5000 in the aggregate.

This Amendment shall be effective upon recordation in the Office of the Recorder of Deeds of Cook County, Illinois.

Except to the extent expressly set forth hereinabove, the remaining provisions of the Declaration shall continue in effect without change.

EXHIBIT A

LEGAL DESCRIPTION

LOTS 1 TO 169, INCLUSIVE, IN THE GALEWOOD RESIDENTIAL SUBDIVISION BEING A SUBDIVISION OF THE SOUTHWEST QUARTER OF SECTION 33, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN ACCORDING TO THE PLAT THEREOF RECORDED MARCH 29, 2007 AS DOCUMENT NUMBER 0708815072 IN COOK COUNTY, ILLINOIS.

| Lot | Address | PIN | Percentage of Ownership |
|------|-------------------|-----------------------|--------|
| 001 | 1908 N Laramie Ave | 13-33-327-001-0000 | 0.710% |
| 002 | 1904 N Laramie Ave | 13-33-327-002-0000 | 0.710% |
| 003A | 1902 N Laramie Ave | 13-33-327-003-0000 | 0.355% |
| 003B | 1902 N Laramie Ave | 13-33-327-003-0000 | 0.355% |
| 004 | 1900 N Laramie Ave | 13-33-327-004-0000 | 0.710% |
| 005 | 1858 N Laramie Ave | 13-33-327-005-0000 | 0.710% |
| 006A | 1848 N Laramie Ave | 13-33-327-176-1001 | 0.355% |
| 006B | 1848 N Laramie Ave | 13-33-327-176-1002 | 0.355% |
| 007A | 1846 N Laramie Ave | 13-33-327-007-0000 | 0.355% |
| 007B | 1846 N Laramie Ave | 13-33-327-007-0000 | 0.355% |
| 008 | 1844 N Laramie Ave | 13-33-327-008-0000 | 0.710% |
| 009A | 1842 N Laramie Ave | 13-33-327-174-1001 | 0.355% |
| 009B | 1842 N Laramie Ave | 13-33-327-174-1002 | 0.355% |
| 010A | 1838 N Laramie Ave | 13-33-327-175-1001 | 0.355% |
| 010B | 1838 N Laramie Ave | 13-33-327-175-1002 | 0.355% |
| 011 | 5211 W Galewood Ave | 13-33-327-011-0000 | 0.711% |
| 012 | 5213 W Galewood Ave | 13-33-327-012-0000 | 0.710% |
| 013 | 5215 W Galewood Ave | 13-33-327-013-0000 | 0.710% |
| 014 | 5217 W Galewood Ave | 13-33-327-014-0000 | 0.711% |
| 016 | 5219 W Galewood Ave | 13-33-327-016-0000 | 0.531% |
| 017 | 5221 W Galewood Ave | 13-33-327-017-0000 | 0.531% |
| 018 | 5223 W Galewood Ave | 13-33-327-018-0000 | 0.531% |
| 019 | 5225 W Galewood Ave | 13-33-327-019-0000 | 0.531% |
| 020 | 5227 W Galewood Ave | 13-33-327-020-0000 | 0.531% |
| 021 | 5229 W Galewood Ave | 13-33-327-021-0000 | 0.531% |
| 022 | 5231 W Galewood Ave | 13-33-327-022-0000 | 0.531% |
| 023 | 5233 W Galewood Ave | 13-33-327-023-0000 | 0.531% |
| 024 | 5235 W Galewood Ave | 13-33-327-024-0000 | 0.531% |
| 025 | 5238 W Galewood Ave | 13-33-327-025-0000 | 0.531% |
| 026 | 5239 W Galewood Ave | 13-33-327-026-0000 | 0.531% |
| 027 | 5241 W Galewood Ave | 13-33-327-027-0000 | 0.531% |
| 028 | 5243 W Galewood Ave | 13-33-327-028-0000 | 0.531% |
| 029 | 5245 W Galewood Ave | 13-33-327-029-0000 | 0.711% |
| 030 | 5247 W Galewood Ave | 13-33-327-030-0000 | 0.710% |
| 031 | 5249 W Galewood Ave | 13-33-327-031-0000 | 0.710% |
| 032 | 5251 W Galewood Ave | 13-33-327-032-0000 | 0.711% |

| 033 | 1847 N Lockwood Ave | 13-33-327-033-0000 | 0.710% |
|---|---|---|---|
| 034 | 1845 N Lockwood Ave | 13-33-327-034-0000 | 0.710% |
| 035 | 1843 N Lockwood Ave | 13-33-327-035-0000 | 0.710% |
| 036A | 1839 N Lockwood Ave | 13-33-327-170-1001 | 0.355% |
| 036B | 1839 N Lockwood Ave | 13-33-327-170-1002 | 0.355% |
| 037 | 1837 N Lockwood Ave | 13-33-327-037-0000 | 0.710% |
| 038A | 1838 N Lockwood Ave | 13-33-327-038-0000 | 0.355% |
| 038B | 1838 N Lockwood Ave | 13-33-327-038-0000 | 0.355% |
| 039A | 1840 N Lockwood Ave | 13-33-327-039-0000 | 0.355% |
| 039B | 1840 N Lockwood Ave | 13-33-327-039-0000 | 0.355% |
| 040 | 1844 N Lockwood Ave | 13-33-327-040-0000 | 0.710% |
| 041A | 1846 N Lockwood Ave | 13-33-327-171-1001 | 0.355% |
| 041B | 1846 N Lockwood Ave | 13-33-327-171-1002 | 0.355% |
| 042 | 1848 N Lockwood Ave | 13-33-327-042-0000 | 0.710% |
| 043 | 1852 N Lockwood Ave | 13-33-327-043-0000 | 0.710% |
| 044 | 1856 N Lockwood Ave | 13-33-327-044-0000 | 0.710% |
| 045 | 5307 W Galewood Ave | 13-33-327-045-0000 | 0.710% |
| 046 | 5309 W Galewood Ave | 13-33-327-046-0000 | 0.710% |
| 047 | 5311 W Galewood Ave | 13-33-327-047-0000 | 0.710% |
| 048 | 5315 W Galewood Ave | 13-33-327-048-0000 | 0.710% |
| 049 | 5317 W Galewood Ave | 13-33-327-049-0000 | 0.710% |
| 050 | 5321 W Galewood Ave | 13-33-327-050-0000 | 0.710% |
| 051 | 5323 W Galewood Ave | 13-33-327-051-0000 | 0.710% |
| 052 | 5325 W Galewood Ave | 13-33-327-052-0000 | 0.710% |
| 053 | 5329 W Galewood Ave | 13-33-327-053-0000 | 0.710% |
| 054 | 5331 W Galewood Ave | 13-33-327-054-0000 | 0.710% |
| 055 | 5333 W Galewood Ave | 13-33-327-055-0000 | 0.710% |
| 056 | 5337 W Galewood Ave | 13-33-327-056-0000 | 0.710% |
| 057A | 5339 W Galewood Ave | 13-33-327-172-1001 | 0.355% |
| 057B | 5339 W Galewood Ave | 13-33-327-172-1002 | 0.355% |
| 058 | 5343 W Galewood Ave | 13-33-327-058-0000 | 0.710% |
| 059A | 5345 W Galewood Ave | 13-33-327-059-0000 | 0.355% |
| 059B | 5345 W Galewood Ave | 13-33-327-059-0000 | 0.355% |
| 060 | 5347 W Galewood Ave | 13-33-327-060-0000 | 0.710% |
| 061 | 5349 W Galewood Ave | 13-33-327-061-0000 | 0.710% |
| 062 | 5353 W Galewood Ave | 13-33-327-062-0000 | 0.710% |
| 063A | 5355 W Galewood Ave | 13-33-327-063-0000 | 0.355% |
| 063B | 5355 W Galewood Ave | 13-33-327-063-0000 | 0.355% |
| 064A | 5359 W Galewood Ave | 13-33-327-064-0000 | 0.355% |
| 064B | 5359 W Galewood Ave | 13-33-327-064-0000 | 0.355% |
| 065 | 5401 W Galewood Ave | 13-33-327-065-0000 | 0.531% |
| 066 | 5403 W Galewood Ave | 13-33-327-066-0000 | 0.531% |
| 067 | 5405 W Galewood Ave | 13-33-327-067-0000 | 0.531% |
| 068 | 5407 W Galewood Ave | 13-33-327-068-0000 | 0.531% |
| 069 | 5409 W Galewood Ave | 13-33-327-069-0000 | 0.531% |
| 070 | 5411 W Galewood Ave | 13-33-327-070-0000 | 0.531% |
| 071 | 5415 W Galewood Ave | 13-33-327-071-0000 | 0.531% |
| 072 | 5417 W Galewood Ave | 13-33-327-072-0000 | 0.531% |
| 073 | 5419 W Galewood Ave | 13-33-327-073-0000 | 0.531% |

| 074 | 5421 W Galewood Ave | 13-33-327-074-0000 | 0.531% |
| 075 | 1910 N Lotus Ave | 13-33-327-075-0000 | 0.531% |
| 076 | 1912 N Lotus Ave | 13-33-327-076-0000 | 0.531% |
| 077 | 1914 N Lotus Ave | 13-33-327-077-0000 | 0.531% |
| 078 | 1916 N Lotus Ave | 13-33-327-078-0000 | 0.531% |
| 079 | 1918 N Lotus Ave | 13-33-327-079-0000 | 0.531% |
| 080 | 1920 N Lotus Ave | 13-33-327-080-0000 | 0.531% |
| 081 | 1922 N Lotus Ave | 13-33-327-081-0000 | 0.531% |
| 082 | 1924 N Lotus Ave | 13-33-327-082-0000 | 0.531% |
| 083 | 1926 N Lotus Ave | 13-33-327-083-0000 | 0.531% |
| 084 | 1927 N Lotus Ave | 13-33-327-084-0000 | 0.710% |
| 0851925 | 1925 N Lotus Ave | 13-33-327-085-0000 | 0.710% |
| 086 | 1921 N Lotus Ave | 13-33-327-086-0000 | 0.710% |
| 087 | 1919 N Lotus Ave | 13-33-327-087-0000 | 0.710% |
| 088 | 1917 N Lotus Ave | 13-33-327-088-0000 | 0.710% |
| 089 | 1915 N Lotus Ave | 13-33-327-089-0000 | 0.710% |
| 090 | 1911 N Lotus Ave | 13-33-327-090-0000 | 0.710% |
| 091 | 1910 N Long Ave | 13-33-327-091-0000 | 0.710% |
| 092 | 1912 N Long Ave | 13-33-327-092-0000 | 0.710% |
| 093 | 1916 N Long Ave | 13-33-327-093-0000 | 0.710% |
| 094 | 1918 N Long Ave | 13-33-327-094-0000 | 0.710% |
| 095 | 1920 N Long Ave | 13-33-327-095-0000 | 0.710% |
| 096 | 1924 N Long Ave | 13-33-327-096-0000 | 0.710% |
| 097 | 5418 W Hanson Ave | 13-33-327-097-0000 | 0.531% |
| 098 | 5416 W Hanson Ave | 13-33-327-098-0000 | 0.531% |
| 099 | 5414 W Hanson Ave | 13-33-327-099-0000 | 0.531% |
| 100 | 5412 W Hanson Ave | 13-33-327-100-0000 | 0.531% |
| 101 | 5408 W Hanson Ave | 13-33-327-101-0000 | 0.531% |
| 102 | 5406 W Hanson Ave | 13-33-327-102-0000 | 0.531% |
| 103 | 5404 W Hanson Ave | 13-33-327-103-0000 | 0.531% |
| 104 | 5402 W Hanson Ave | 13-33-327-104-0000 | 0.531% |
| 105 | 5400 W Hanson Ave | 13-33-327-105-0000 | 0.531% |
| 106 | 5360 W Hanson Ave | 13-33-327-106-0000 | 0.531% |
| 107 | 5358 W Hanson Ave | 13-33-327-107-0000 | 0.531% |
| 108 | 5356 W Hanson Ave | 13-33-327-108-0000 | 0.531% |
| 109 | 5354 W Hanson Ave | 13-33-327-109-0000 | 0.531% |
| 110 | 5350 W Hanson Ave | 13-33-327-110-0000 | 0.531% |
| 111 | 5348 W Hanson Ave | 13-33-327-111-0000 | 0.531% |
| 112 | 5346 W Hanson Ave | 13-33-327-112-0000 | 0.531% |
| 113 | 5340 W Hanson Ave | 13-33-327-113-0000 | 0.531% |
| 114 | 5338 W Hanson Ave | 13-33-327-114-0000 | 0.531% |
| 115 | 5336 W Hanson Ave | 13-33-327-115-0000 | 0.531% |
| 116 | 5334 W Hanson Ave | 13-33-327-116-0000 | 0.531% |
| 117 | 5330 W Hanson Ave | 13-33-327-117-0000 | 0.531% |
| 118 | 5328 W Hanson Ave | 13-33-327-118-0000 | 0.531% |
| 119 | 5326 W Hanson Ave | 13-33-327-119-0000 | 0.531% |
| 120 | 5322 W Hanson Ave | 13-33-327-120-0000 | 0.531% |
| 121 | 5320 W Hanson Ave | 13-33-327-121-0000 | 0.531% |
| 122 | 5318 W Hanson Ave | 13-33-327-122-0000 | 0.531% |

| 123 | 5316 W Hanson Ave | 13-33-327-123-0000 | 0.531% |
|---|---|---|---|
| 124 | 5310 W Hanson Ave | 13-33-327-124-0000 | 0.531% |
| 125 | 5308 W Hanson Ave | 13-33-327-125-0000 | 0.531% |
| 126 | 5306 W Hanson Ave | 13-33-327-126-0000 | 0.531% |
| 127 | 5302 W Hanson Ave | 13-33-327-127-0000 | 0.531% |
| 128 | 5300 W Hanson Ave | 13-33-327-128-0000 | 0.531% |
| 129 | 5262 W Hanson Ave | 13-33-327-129-0000 | 0.531% |
| 130 | 5258 W Hanson Ave | 13-33-327-130-0000 | 0.531% |
| 131 | 5256 W Hanson Ave | 13-33-327-131-0000 | 0.531% |
| 132 | 5254 W Hanson Ave | 13-33-327-132-0000 | 0.531% |
| 133 | 5252 W Hanson Ave | 13-33-327-133-0000 | 0.531% |
| 134 | 5250 W Hanson Ave | 13-33-327-134-0000 | 0.531% |
| 135 | 5246 W Hanson Ave | 13-33-327-135-0000 | 0.531% |
| 136 | 5244 W Hanson Ave | 13-33-327-136-0000 | 0.531% |
| 137 | 5240 W Hanson Ave | 13-33-327-137-0000 | 0.531% |
| 138 | 1915 N Lockwood Ave | 13-33-327-138-0000 | 0.531% |
| 139 | 1911 N Lockwood Ave | 13-33-327-139-0000 | 0.531% |
| 140 | 1909 N Lockwood Ave | 13-33-327-140-0000 | 0.531% |
| 141 | 1911 N Lorel Ave | 13-33-327-141-0000 | 0.710% |
| 142 | 1909 N Lorel Ave | 13-33-327-142-0000 | 0.710% |
| 143 | 1907 N Lorel Ave | 13-33-327-143-0000 | 0.710% |
| 144 | 1905 N Lorel Ave | 13-33-327-144-0000 | 0.710% |
| 145 | 1903 N Lorel Ave | 13-33-327-145-0000 | 0.710% |
| 146 | 1900 N Lockwood Ave | 13-33-327-146-0000 | 0.710% |
| 147 | 1902 N Lockwood Ave | 13-33-327-147-0000 | 0.710% |
| 148 | 1906 N Lockwood Ave | 13-33-327-148-0000 | 0.710% |
| 149 | 1910 N Lockwood Ave | 13-33-327-149-0000 | 0.710% |
| 150 | 1912 N Lockwood Ave | 13-33-327-150-0000 | 0.710% |
| 151 | 5242 W Galewood Ave | 13-33-327-151-0000 | 0.710% |
| 152A | 5240 W Galewood Ave | 13-33-327-152-0000 | 0.355% |
| 152B | 5240 W Galewood Ave | 13-33-327-152-0000 | 0.355% |
| 153 | 5236 W Galewood Ave | 13-33-327-153-0000 | 0.710% |
| 154A | 5234 W Galewood Ave | 13-33-327-177-1001 | 0.355% |
| 154B | 5234 W Galewood Ave | 13-33-327-177-1002 | 0.355% |
| 155 | 5232 W Galewood Ave | 13-33-327-155-0000 | 0.710% |
| 156A | 5228 W Galewood Ave | 13-33-327-156-0000 | 0.355% |
| 156B | 5228 W Galewood Ave | 13-33-327-156-0000 | 0.355% |
| 157 | 5226 W Galewood Ave | 13-33-327-157-0000 | 0.710% |
| 158 | 5224 W Galewood Ave | 13-33-327-158-0000 | 0.710% |
| 159 | 5222 W Galewood Ave | 13-33-327-159-0000 | 0.710% |
| 160A | 5218 W Galewood Ave | 13-33-327-173-1001 | 0.355% |
| 160B | 5218 W Galewood Ave | 13-33-327-173-1002 | 0.355% |
| 161 | 5216 W Galewood Ave | 13-33-327-161-0000 | 0.711% |

## EXHIBIT B

## CERTIFICATION AS TO OWNER APPROVAL

I, _Eldar M. Cruz_, do hereby certify that I am the duly elected and qualified secretary for the Enclave at Galewood Crossings Master Association, and as such Secretary, I am the keeper of the books and records of the Association.

I further certify that the attached Amendment to the Declaration for the Enclave at Galewood Crossings Master Association, was duly approved by Members entitled to cast seventy-five percent (75%) of the total votes, in accordance with the provisions of Article 10, Section 10.3 of the Declaration.

_____
Secretary

Dated at _Buffalo Grove_ Illinois this _20_ day of _Sept_, 20_10_.

ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

BALLOT

Regarding the proposed Amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units:

☑   I AGREE THE AMENDMENT SHOULD BE PASSED.

☐   I DO NOT AGREE THE AMENDMENT SHOULD BE PASSED.


_____ (signature)   Date: ___Sept 20_____, 2010

___Hyeon S Kim_____ (print name)

Property Address:   _1844 N. Laramie Ave. #A & B_
                    Chicago, Illinois

936259_1.DOC

ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

BALLOT

Regarding the proposed Amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units:

( I AGREE THE AMENDMENT SHOULD BE PASSED. )

I DO NOT AGREE THE AMENDMENT SHOULD BE PASSED.

_Micola Schwartz for SW_ partner SW Properties LLC _____ (signature)   Date: _9/19/2010_____, 2010

_Mirska Schwartz for_ for MSW Properties LLC _____ (print name)

Property Address: _5224 Galewood_____
                       Chicago, Illinois

## ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

### BALLOT

Regarding the proposed Amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units:

[X]     I AGREE THE AMENDMENT SHOULD BE PASSED.


[ ]     I DO NOT AGREE THE AMENDMENT SHOULD BE PASSED.


_Kim Sk/_ (signature)   Date: _09 - 18_ , 2010

_Kim Schwartz_ (print name)

Property Address: _1900 N. Laramie Ave_
                   Chicago, Illinois

## ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

### BALLOT

Regarding the proposed Amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units:

☒   I AGREE THE AMENDMENT SHOULD BE PASSED.

☐   I DO NOT AGREE THE AMENDMENT SHOULD BE PASSED.

_____ (signature)   Date: _____09-18_____, 2010

IRINA Shuster / Jacob SHUSTER (print name)

Property Address: _____5222 W. GALewood Ave_____
Chicago, Illinois

### ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

### BALLOT

Regarding the proposed Amendment to the Declaration for the Enclave at Galewood Crossings
Master Association, specifically restricting the ability of future Residential Unit Owners to lease
their Residential Units:

☒ (I AGREE) THE AMENDMENT SHOULD BE PASSED.

☐ I DO NOT AGREE THE AMENDMENT SHOULD BE PASSED.

_Baum & Lu_
_Eunie S Lee_ _____ (signature)   Date: ___9 - 19___, 2010

Baum K. Lee, Eunie S. Lee (print name)

Property Address: __1918 N. Lotus. Ave__
Chicago, Illinois   60639

## ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

### BALLOT

Regarding the proposed Amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units:

☒ I AGREE THE AMENDMENT SHOULD BE PASSED.

☐ I DO NOT AGREE THE AMENDMENT SHOULD BE PASSED.

_Jennifer Taylor Patrick Coffy_ (signature)   Date: _9/18_____, 2010

_Jennifer Taylor / Patrick Coffy_ (print name)

Property Address: _1919 N. Lotus_____
Chicago, Illinois

## ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

### BALLOT

Regarding the proposed Amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units:

☒ I AGREE THE AMENDMENT SHOULD BE PASSED.

☐ I DO NOT AGREE THE AMENDMENT SHOULD BE PASSED.

_____ (signature)  Date: ____9/17____, 2010

_MICHAEL ZORICA_ (print name)

Property Address: _5329 W Galewood, Chicago IL 60639_
                    Chicago, Illinois

## ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

### BALLOT

Regarding the proposed Amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units:

☒ I AGREE THE AMENDMENT SHOULD BE PASSED.

☐ I DO NOT AGREE THE AMENDMENT SHOULD BE PASSED.

_____ (signature)    Date: ___9/17/___, 2010

__MICHAEL ZORDH__ (print name)

Property Address: ___5325 W Galewood, Chicago, IL 60639___
                     Chicago, Illinois

## ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

### BALLOT

Regarding the proposed Amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units:

☒    I AGREE THE AMENDMENT SHOULD BE PASSED.

☐    I DO NOT AGREE THE AMENDMENT SHOULD BE PASSED.

_____ (signature)   Date: _09/17/2010_, 2010

_BLEDAR ALICKOLLI_ (print name)

Property Address: _5343 W. Galewood - Lot 5B_
Chicago, Illinois

## ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

### BALLOT

Regarding the proposed Amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units:

[X]   I AGREE THE AMENDMENT SHOULD BE PASSED.

[ ]   I DO NOT AGREE THE AMENDMENT SHOULD BE PASSED.

_Lynda Schneider_ (signature)   Date: __Sept. 17th__, 2010

_Lynda Schneider_ (print name)

Property Address: __1837 N Lockwood__ (Unit #1 & #2)
                    Chicago, Illinois

## ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

### BALLOT

Regarding the proposed Amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units:

☒ I AGREE THE AMENDMENT SHOULD BE PASSED.

☐ I DO NOT AGREE THE AMENDMENT SHOULD BE PASSED.

_Lynda Schneider_ (signature)   Date: ___Sept. 17th___, 2010

_Lynda Schneider_ (print name)

Property Address: ___5231 W. Galewood___
Chicago, Illinois

## ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

### BALLOT

Regarding the proposed Amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units:

☒    I AGREE THE AMENDMENT SHOULD BE PASSED.

☐    I DO NOT AGREE THE AMENDMENT SHOULD BE PASSED.

_____ (signature)    Date: 9/17/2010 . 2010

Steven W. Casper (print name)

Property Address: ATTACHED

Chicago, Illinois

The undersigned, being an Owner(s) of ~~Unit~~ LOT No. <u>as attached</u> ECC in the <u>Enclave at Galewood</u> Condominium Association, does hereby designate and appoint <u>Steven Casper</u> as my attorney-in-fact and proxy to vote in my place and stead and on my behalf, as though I were present and voting, at the election of Directors of the <u>Enclave at Galewood</u> Condominium Association, to be held on June 8, 2004, and any adjournment thereof.

        **IN THE ABSENCE OF THE APPOINTED OR ANY APPOINTMENT,**
        **THE BOARD OF DIRECTORS WILL VOTE THIS PROXY.**

        IN WITNESS WHEREOF, the undersigned has executed this proxy this 27th day of <u>April</u> 2004.

                _____ — Member
                (Signature of Owner)  ND 29 Lots LLC

                _____
                (Signature of Owner)

---

                **FOR PROXY ONLY**

The undersigned hereby accepts the foregoing designation and agrees to vote in accordance with the within proxy.

                _____
                (Signature of Proxy)

                Steven W. Casper
                Walnut/Galewood, LLC.

**GROUP A**

| | | | | | |
|---|---|---|---|---|---|
| 11 | 100.00 | 30.00 | 3,000 | Single- Family GW-1 | 5211 W. Galewood Ave. |
| 12 | 100.00 | 26.00 | 2,600 | Single- Family GW-2b | 5213 W. Galewood Ave. |
| 13 | 100.00 | 26.00 | 2,600 | Single- Family GW-2a | 5215 W. Galewood Ave. |
| 14 | 100.00 | 30.00 | 3,000 | Single- Family GW-1 | 5217 W. Galewood Ave. |
| 49 | 115.96 | 28.94 | 3,123 | Single- Family GW-2b | 5317 W Galewood Ave |
| 50 | 115.77 | 26.94 | 3,118 | Single- Family GW-2b | 5321 W Galewood Ave |
| 51 | 115.59 | 26.94 | 3,113 | Single- Family GW-2b | 5323 W Galewood Ave |
| 85 | 100.00 | 26.00 | 2,600 | Single- Family GW-2a | 1921 N Lotus Ave |
| 92 | 100.00 | 26.00 | 2,600 | Single- Family GW-2b | 1912 N Long Ave |
| 93 | 100.00 | 26.00 | 2,600 | Single- Family GW-2a | 1916 N Long Ave |
| 141 | 100.81 | 33.78 | 3,405 | Single- Family GW-1 | 1911 N Lorel Ave |
| 142 | 100.00 | 26.00 | 2,600 | Single- Family GW-2a | 1909 N Lorel Ave |
| 143 | 100.00 | 26.00 | 2,600 | Single- Family GW-2b | 1907 N Lorel Ave |
| 149 | 98.99 | 26.00 | 2,574 | Single- Family GW-2a | 1910 N. Lockwood Ave |

**GROUP B**

| | | | | | |
|---|---|---|---|---|---|
| 29 | 100.00 | 30.00 | 3,000 | Single- Family GW-1 | 5245 W. Galewood Ave. |
| 30 | 100.00 | 26.00 | 2,600 | Single- Family GW-2a | 5247 W. Galewood Ave. |
| 31 | 100.00 | 26.00 | 2,600 | Single- Family GW-2b | 5249 W. Galewood Ave. |
| 32 | 100.00 | 30.00 | 3,000 | Single- Family GW-1 | 5251 W. Galewood Ave. |
| 45 | 113.42 | 27.80 | 3,153 | Single- Family GW-1 | 5307 W Galewood Ave |
| 46 | 116.50 | 27.05 | 3,151 | Single- Family GW-2b | 5309 W Galewood Ave |
| 47 | 116.32 | 26.94 | 3,133 | Single- Family GW-2b | 5311 W Galewood Ave |
| 48 | 116.14 | 26.94 | 3,128 | Single- Family GW-2a | 5315 W Galewood Ave |
| 85 | 100.00 | 26.00 | 2,600 | Single- Family GW-2a | 1925 N Lotus Ave |
| 94 | 100.00 | 26.00 | 2,600 | Single- Family GW-2a | 1918 N Long Ave |
| 95 | 100.00 | 26.00 | 2,600 | Single- Family GW-2b | 1920 N Long Ave |
| 144 | 100.00 | 26.00 | 2,600 | Single- Family GW-2b | 1905 N Lorel Ave |
| 148 | 99.99 | 26.00 | 2,600 | Single- Family GW-2b | 1906 N. Lockwood Ave |
| 151 | 108.52 | 30.02 | 3,258 | Single- Family GW-1 | 5242 W. Galewood Ave |

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| _Milton Feliciano_ (signature) <br> MILTON feliciano (print name) | 1911 N LOCKWOOD <br> Chicago, IL <br> Date: 9-16-10 |
| _(signature)_ <br> Juan Ortie (print name) | 1915 N LOCKWOOD <br> Chicago, IL <br> Date: 9-16-10 |
| _Sylvia Allen_ (signature) <br> Sylvia Allen (print name) | 5350 W. Hanson <br> Chicago, IL <br> Date: 9-16-10 |
| _Terry Agee_ (signature) <br> Torry Agee (print name) | 1852 N Lockwood <br> Chicago, IL <br> Date: 9/16/10 |
| _Charles Catchings_ (signature) <br> CHARLES CATCHINGS (print name) | 1843 N Lockwood <br> Chicago, IL <br> Date: 9/17/10 |
| _Lillian Roman_ (signature) <br> LILLIAN Roman (print name) | 1910 N. Long <br> Chicago, IL <br> Date: 9/18/10 |
| _(signature)_ <br> AGUSTIN GARCIA (print name) | 5258 W. HANSON <br> Chicago, IL <br> Date: 9/18/10 |
| _(signature)_ <br> PAUL Kim (print name) | 1858 N LARAMIE <br> Chicago, IL <br> Date: 9/18/10 |

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| _(signature)_ Willie Brown _(print name)_ | 5401 W Galewood Chicago, IL Date: 9-18-2010 |
| Alma Modley _(signature)_ ARMa Modley _(print name)_ | 1924 N Long Chicago, IL Date: 9/18/10 |
| Chiquita Moore _(signature)_ CHIQUITA MOORE _(print name)_ | 1911 N. Lotus Chicago, IL Date: 9/18/10 |
| _(signature)_ Stacristed Carea _(print name)_ | 5415 W Galewood Chicago, IL Date: 9-18-10 |
| _(signature)_ Carl O'Neal _(print name)_ | 5333 W Galewood Chicago, IL Date: 9-18-10 |
| _(signature)_ RAMON NUNEZ JR _(print name)_ | 5345 W Galewood Ave Chicago, IL Date: 9-18-10 |
| _(signature)_ Yule Choi _(print name)_ | 1922 N. Lotus Ave. Chicago, IL Date: 9-18-10 |
| _(signature)_ Angel Gonzalez _(print name)_ | Chicago IL 5414 W. Hanson Chicago, IL Date: 9-18-10 |

PETITION TO APPROVE AMENDING THE DECLARATION
FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|------|---------|
| Lakesha McKennie (signature) <br> Lakesha McKennie (print name) | 5345 West Galewood A. <br> Chicago, IL <br> Date: 9-16-10 |
| Marina Reyes (signature) <br> Marina Reyes (print name) | 5302 W. Hanson <br> Chicago, IL <br> Date: 9-16-10 |
| Alex Oliverz (signature) <br> Alex Oliverz (print name) | 5340 W. Hanson <br> Chicago, IL <br> Date: 9.16.10. |
| Ivan D. Sanford (signature) <br> Ivan D. Sanford (print name) | 1840 N. Lockwood Ave. <br> Chicago, IL <br> Date: 9-18-10 |
| Tera M Arana (signature) <br> Tera M Arana (print name) | 1839 N Lockwood Unit A <br> Chicago, IL <br> Date: 9/18/2010 |
| Julienne Rodriguez Mendez (signature) <br> Julienne Rodriguez Mendez (print name) | 1848 N. Lockwood <br> Chicago, IL <br> Date: 9/18/2010 |
| Annette Cooper (signature) <br> Annette Cooper (print name) | 5355 W. Galewood Ave <br> Chicago, IL <br> Date: 9/18/10 |
| T. M. Campbell (signature) <br> Terrance M. Campbell (print name) | 5405 W Galewood Ave <br> Chicago, IL <br> Date: 9/18/10 |

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| _(signature)_ <br> David D Whitfield _(print name)_ | 1845 N Lockwood Ave <br> Chicago, IL <br> Date: 9/16/10 |
| Aaron D. Buelow _(signature)_ <br> Aaron D. Buelow _(print name)_ | 1856 N. Lockwood Ave. <br> Chicago, IL <br> Date: 9/16/10 |
| Ubaldo Medina _(signature)_ <br> Ubaldo Medina _(print name)_ | 1846 Lockwood <br> Chicago, IL <br> Date: 9-16-10 |
| _(signature)_ <br> Anthony D Hartman _(print name)_ | 1900 N. Lockwood <br> Chicago, IL <br> Date: 9/16/10 |
| Joe Tristan _(signature)_ <br> JOE TRISTAN _(print name)_ | 1902 N Lockwood <br> Chicago, IL <br> Date: 09/16/10 |
| Elgin Swelg Swanson _(signature)_ <br> Elgin Swanson _(print name)_ | 1912 N LOCKWOOD <br> Chicago, IL <br> Date: 9/16/10 |
| Charlene Litzey _(signature)_ <br> Charlene Litzey _(print name)_ | 1902 N. Laramie <br> Chicago, IL <br> Date: 9/16/10 |
| Norma Leon _(signature)_ <br> NORMA Leon _(print name)_ | 5216 N Galewood <br> Chicago, IL <br> Date: 9/16/10 |

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| Ronetta D. Hall (signature)<br>Ronetta D. Hall (print name) | 5403 W. Galewood<br>Chicago, IL<br>Date: 9/18/10 |
| Inkyung Yoo (signature)<br>Inkyung Yoo (print name) | 1914 N. Lotus Ave<br>Chicago, IL<br>Date: 9/18/10 |
| Jatasha West "Davis" (signature)<br>Jatasha West "Davis" (print name) | 5406 W Hanson<br>Chicago, IL<br>Date: September 18, 2010 |
| Carson Johnson (signature)<br>Carson Johnson (print name) | 1920 N Lotus Ave<br>Chicago, IL<br>Date: 9/18/10 |
| Peter Brzezin (signature)<br>Peter Brzezin (print name) | 5308 W. Hanson<br>~~1903 N. Corel~~<br>Chicago, IL<br>Date: 9/18/2010 |
| Nathanel m Terry (signature)<br>NATHANEL M TERRY (print name) | 1903 N. Corel<br>Chicago, IL<br>Date: 9/18/2010 |
| Kristen D Grain (signature)<br>Kristen D Grain (print name) | 5239 W Galewood units<br>Chicago, IL<br>Date: 9/18/2010 |
| (signature)<br>Lyndon Ferrer (print name) | 5306 Hanson Ave<br>Chicago, IL<br>Date: 9/18/2010 |

Need
14
P

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| *Primitivo Lebron* (signature)<br>Primitivo Lebron (print name) | 1844 N. Lockwood<br>Chicago, IL<br>Date: 9-16-10 |
| *Yoshie Amy Hwang* (signature)<br>*Amy* (print name) | 5241 W. Galewood Ave<br>Chicago, IL<br>Date: 9-16-10 |
| *Scott M Simpson* (signature)<br>Scott M. Simpson (print name) | 5229 W. Galewood Ave.<br>Chicago, IL<br>Date: 9-16-10. |
| *Rosa Vazquez* (signature)<br>Rosa Vazquez (print name) | 1848 N Laramie-A<br>Chicago, IL<br>Date: 9-16-10 |
| *Yvonne Herrera* (signature)<br>Yvonne Herrera (print name) | 1848 N Laramie-B<br>Chicago, IL<br>Date: 9/16/10 |
| *Robin Smith* (signature)<br>Robin L. Smith-Allen (print name) | 1846 N Laramie<br>Chicago, IL<br>Date: 9/16/10 |
| *Chon H. Lee* (signature)<br>Chon H. Lee (print name) | 5226 W Galewood<br>Chicago, IL<br>Date: 9/16/10 |
| *Claretha Jenkins* (signature)<br>Claretha Jenkins (print name) | 5234 W Galewood<br>Chicago, IL<br>Date: 9/16/10 |

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| _(signature)_ ✱<br>Brook G. Cajucom _(print name)_ | 5252 W. Hanson Ave<br>Chicago, IL<br>Date: 15 Sept 10 |
| _(signature)_<br>Marlon V. Cajucom _(print name)_ | 5252 W. Hanson Ave<br>Chicago, IL<br>Date: 15 Sept 10 |
| _(signature)_<br>David Figueroa _(print name)_ | 5404 W Hanson<br>Chicago, IL<br>Date: 9-16-10 |
| _(signature)_<br>Arturo Delgado _(print name)_ | 5250 W. Hanson<br>Chicago, IL<br>Date: 9-16-10 |
| _(signature)_<br>Diego Grimaldo _(print name)_ | 5256 W Hanson<br>Chicago, IL<br>Date: 9-16-10 |
| _(signature)_<br>James Stockdale _(print name)_ | 5262 W. Hanson<br>Chicago, IL<br>Date: 9-16-2010 |
| _(signature)_ ✱<br>Antonio Agnew _(print name)_ | 1924 N. Long<br>Chicago, IL<br>Date: 9-16-2010 |
| _(signature)_<br>Jose Diaz _(print name)_ | 5338 W. Hanson<br>Chicago, IL<br>Date: 9-16-2010 |

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| _(signature)_ <br> MATTHEW CHIN _(print name)_ | 5411 W. GALEWOOD <br> Chicago, IL <br> Date: 9/17/10 |
| _(signature)_ <br> BO H. Pierson _(print name)_ | 5417 W. Gralewood <br> Chicago, IL <br> Date: 9/17/10 |
| Katrina Young _(signature)_ <br> _(print name)_ | 5419 W. Galewood <br> Chicago, IL <br> Date: 9/17/10 |
| Bianca Alarcon _(signature)_ <br> Bianca Alarcón _(print name)_ | 5421 W Galewood Ave <br> Chicago, IL 60639 <br> Date: Sept-17, 2010 |
| Judy Leon _(signature)_ <br> Judy LEON _(print name)_ | 1910 N. LOTOS <br> Chicago, IL <br> Date: 17 SEP 2010 |
| Edgar Cleveros _(signature)_ <br> Edgar Cleveros _(print name)_ | 1912 N Lotus <br> Chicago, IL <br> Date: 9-17-2010 |
| Dong Chan Lee _(signature)_ <br> _(print name)_ | 1927 N LOTUS <br> Chicago, IL <br> Date: 9/17/2010 |
| _(signature)_ <br> _(print name)_ | 5416 W. Hanson Dr <br> Chicago, IL <br> Date: 9/17/10 |

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| _Angela Romero_ (signature)<br>_Angelo Romero_ (print name) | _5412 W. Hanson_<br>Chicago, IL<br>Date: _9-17-10_ |
| _(signature)_<br>_Hector A. Figueroa_ (print name) | _5408 W. HANSON_<br>Chicago, IL<br>Date: _9-17-2010_ |
| _Veronica Calderon_ (signature)<br>_Veronica Calderon_ (print name) | _5404 W. Hanson Av_<br>Chicago, IL 60639<br>Date: _9-17-2010_ |
| _Lynette Mercado_ (signature)<br>_Lynette Mercado_ (print name) | _5402 W. HANSON_<br>Chicago, IL<br>Date: _9/17/2010_ |
| _(signature)_<br>_JUAN A. Rios_ (print name) | _5400 W. HANSON_<br>Chicago, IL<br>Date: _9/17/2010_ |
| _Jose R Rios_ (signature)<br>_JOSE R. Rios_ (print name) | _5360 W Hanson_<br>Chicago, IL<br>Date: _9-17-2010_ |
| _Adyna Jackson_ (signature)<br>_Adyna Jackson_ (print name) | _5346 W. Hanson_<br>Chicago, IL 60639<br>Date: _9/17/10_ |
| _Elida M Cruz_ (signature)<br>_Elida M Cruz_ (print name) | _5347 W. Galewood_<br>Chicago, IL<br>Date: _9/17/10_ |

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| Wilberto Ocasio (signature)<br>Wilberto Ocasio (print name) | 1838 N. Lockwood<br>Chicago, IL<br>Date: 9/15/10 |
| Colette Hands (signature)<br>Colette Hands (print name) | 1842 N. Laramie Ave Unit A<br>Chicago, IL<br>Date: 9/16/2010 |
| C Rollins (signature)<br>Corbrina Rollins (print name) | 5240 W. Galewood -B<br>Chicago, IL<br>Date: 9/16/290 |
| Luis Gonzaly (signature)<br>Luis Gonzalez (print name) | 5240 W Galewood<br>Chicago, IL<br>Date: 9-16-2010 |
| (signature)<br>Enrique Garcia Jr (print name) | 1909 N. Lockwood Av<br>Chicago, IL<br>Date: 9-16-2010 |
| (signature)<br>(print name) | PO BOX 12671<br>Chicago, IL 5240 W Hanson<br>Date: 9/16/2010 |
| (signature)<br>Omar Bryant (print name) | 1847 N. Lockwood<br>Chicago, IL<br>Date: 9/16/10 |
| Jung ok Kim (signature)<br>Jung ok Kim (print name) | 5239 W. Galewood av<br>Chicago, IL<br>Date: 9-16-10 |

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| _Tollie Mathis_ (signature) <br> TOLLIE MATHIS (print name) | 5254 W. HANSON <br> Chicago, IL <br> Date: 9/16/10 |
| _Mrs Alicia Alston_ (signature) <br> Mrs Alicia Alston (print name) | 5300 W HANSON <br> Chicago, IL <br> Date: 9/16/10 |
| _Tyrone Moore_ (signature) <br> TYRONE MOORE (print name) | 1917 N. LOTUS <br> Chicago, IL <br> Date: 9-18-10 |
| _Steven Rodriguez_ (signature) <br> Steven Rodriguez (print name) | 5358 W. Hanson <br> Chicago, IL <br> Date: 9-18-2010 |
| _Maribel Pinto_ (signature) <br> MARIBEL PINTO (print name) | 5354 W. Hanson Pa. <br> Chicago, IL <br> Date: 9/18/2010 |
| _M.E Gonzaliz Rivera_ (signature) <br> M.E Gonzalez Rivera (print name) | 5405 Was Galewood <br> Chicago, IL <br> Date: 9-19-2010 |
| _Mama Reyes_ (signature) <br> Mama Reyes (print name) | 5302 W. Hanson <br> Chicago, IL <br> Date: 9-19-2010 |
| _____ (signature) <br> _____ (print name) | _____ <br> Chicago, IL <br> Date: |

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| R Gonzalez (signature) <br> Rachel Gonzalez (print name) | 5218 W. Galewood Ave <br> Chicago, IL Unit A <br> Date: 9-16-10 |
| Tashia D Gar (signature) <br> Tashria D. Gardner (print name) | 5218 W. Galewood Ave <br> Chicago, IL Unit B <br> Date: 9-16-10 |
| Ramona Hudson (signature) <br> Ramona Hudson (print name) | 5331 W. Galewood <br> Chicago, IL <br> Date: 9-16-10 |
| Angelita Summerize (signature) ✱ <br> Angelita Summerize (print name) | 5343 W. Galewood A <br> Chicago, IL 60639 <br> Date: 9-16-10 |
| _____ (signature) <br> _____ (print name) | _____ <br> Chicago, IL <br> Date: |
| Amy E Raush (signature) <br> Amy E Raush (print name) | 5349 W Galewood Ave. <br> Chicago, IL <br> Date: 9-16-10 |
| _____ (signature) <br> _____ (print name) | _____ <br> Chicago, IL <br> Date: |
| _____ (signature) <br> _____ (print name) | _____ <br> Chicago, IL <br> Date: |

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| _(signature)_ Amber Fullilove _(print name)_ | 5339 W. Galewood Ave<br>Chicago, IL<br>Date: 9/17/10 |
| _(signature)_ _(print name)_ | Chicago, IL<br>Date: |
| _(signature)_ _(print name)_ | Chicago, IL<br>Date: |
| _(signature)_ _(print name)_ | Chicago, IL<br>Date: |
| _(signature)_ _(print name)_ | Chicago, IL<br>Date: |
| _(signature)_ _(print name)_ | Chicago, IL<br>Date: |
| _(signature)_ _(print name)_ | Chicago, IL<br>Date: |
| _(signature)_ _(print name)_ | Chicago, IL<br>Date: |

### PETITION TO APPROVE AMENDING THE DECLARATION
### FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| *George A. Russell* (signature) <br> George A. Russell Jr. (print name) | 5233 W Galewood Ave. <br> Chicago, IL <br> Date: Sept 20, 2010 |
| _____ (signature) <br> _____ (print name) | _____ <br> Chicago, IL <br> Date: _____ |
| _____ (signature) <br> _____ (print name) | _____ <br> Chicago, IL <br> Date: _____ |
| _____ (signature) <br> _____ (print name) | _____ <br> Chicago, IL <br> Date: _____ |
| _____ (signature) <br> _____ (print name) | _____ <br> Chicago, IL <br> Date: _____ |
| _____ (signature) <br> _____ (print name) | _____ <br> Chicago, IL <br> Date: _____ |
| _____ (signature) <br> _____ (print name) | _____ <br> Chicago, IL <br> Date: _____ |
| _____ (signature) <br> _____ (print name) | _____ <br> Chicago, IL <br> Date: _____ |

## PETITION TO APPROVE AMENDING THE DECLARATION
## FOR THE ENCLAVE AT GALEWOOD CROSSINGS MASTER ASSOCIATION

We, the undersigned, do hereby approve the amendment to the Declaration for the Enclave at Galewood Crossings Master Association, specifically restricting the ability of future Residential Unit Owners to lease their Residential Units.

| NAME | ADDRESS |
|---|---|
| _Jackel Ca-M'd_ (signature)<br>_JACKELINE AVINO MIRANDA_ (print name) | 5355 W GALEWOOD AV UNIT B<br>Chicago, IL<br>Date: SEP 19, 2010 |
| _Lily Cley_ (signature)<br>_Linda Ousley_ (print name) | 5359 Galewood - B<br>Chicago, IL<br>Date: 7/19/10 |
| _Hernan J Magueo_ (signature)<br>_Hernan Magueo_ (print name) | 1838 N. Laramie<br>Chicago, IL<br>Date: 9/19/10 |
| _Eleazar Mercado_ (signature)<br>_Eleazar Marcado_ (print name) | 5402 V. Hanson St.<br>Chicago, IL<br>Date: 9/19/10 |
| _Luisa Nolivos_ (signature)<br>_LUISA NOLIVOS_ (print name) | 5228 W Galewood<br>Chicago, IL<br>Date: 9-19-10 |
| _Cristina M_ (signature)<br>_Cristina Marin_ (print name) | 5418 W. Hanson Ave<br>Chicago, IL<br>Date: 9-19-10 |
| _____ (signature)<br>_____ (print name) | _____<br>Chicago, IL<br>Date: |
| _____ (signature)<br>_____ (print name) | _____<br>Chicago, IL<br>Date: |