# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7681 | **DATE** | 1/24/2013 |
| **CASE TITLE** | Chicago Housing Authority, et al vs. Enclave at Galewood Crossings Master Association, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. A representative from HUD did not appear but counsel reports that they have received HUD approval, with a closing date of 1/31/13. Court will contact the parties regarding the escrow of funds. Status hearing set for 2/28/13 at 9:30 a.m.

Docketing to mail notices.

00:05 nfptc

| | Courtroom Deputy Initials: | VKD |
|---|---|---|